AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RONNIE D. EWERT,

                Petitioner,

                              **JUDGMENT IN A CIVIL CASE**

                v.

STATE OF WASHINGTON,

                              CASE NUMBER: CV-10-5006-RHW

                Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Petition is DISMISSED without prejudice under Rule 4, Rules Governing Section 2254 Cases in the United States District Courts, for lack of personal jurisdiction and because the Petitioner's sole claim for federal habeas relief is admittedly unexhausted.

| | |
|---|---|
| January 25, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |